# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Adam J. Ausloos, | Case No. 2:22-cv-00372-APG-DJA |
| Plaintiffs, | |
| v. | **Order** |
| Robert J. Binkele, an individual; and Estate Planning Team, Inc., a Nevada Corporation, | |
| Defendants. | |

Before the Court is Plaintiff Adam Ausloos' motion for permission to file electronically. (ECF No. 6). As a preliminary matter, it is unclear whether Ausloos is moving on behalf of Tax Deferral Trustee Services, LLC. However, corporations and other unincorporated associations must appear in court through an attorney. *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994); *see United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Tax Deferral Trustee Services, LLC must retain counsel to continue litigating in this matter; Ausloos cannot litigate on its behalf. Tax Deferral Trustee Services, LLC must advise the Court if it will retain counsel if it intends to continue litigating in this matter on or before **Monday, April 11, 2022.** A notice of new counsel is sufficient to fulfill this requirement.

On the other hand, Ausloos—as an individual—may proceed *pro se.* Because only Ausloos may appear *pro* se, the Court construes the motion to file documents electronically as pertaining only to him. Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Ausloos appears to have access to a word processing program and asserts that electronic service will be easiest for him because he lives in Wisconsin. Because the Court finds that Ausloos is capable of filing electronically, it grants the motion. (ECF No. 6).

**IT IS THEREFORE ORDERED** that Ausloos' motion to file electronically (ECF No. 6) is **granted**.

**IT IS FURTHER ORDERED** that Ausloos must comply with the following procedures to activate a CM/ECF account:

1. Ausloos must complete the CM/ECF tutorial, become familiar with the Electronic Filing procedures and events menus, obtain a PACER account, and finally, obtain an CM/ECF login and password from the District of Nevada by submitting a completed registration form. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

2. Ausloos must read and comply with the guidelines available at https://www.nvd.uscourts.gov/e-filing-permission/

**IT IS FURTHER ORDERED** that Tax Deferral Trustee Services, LLC must advise the Court if it will retain new counsel if it intends to continue litigating this matter on or before **Monday, April 11, 2022**. A notice of new counsel is sufficient to fulfill this requirement.

DATED: March 10, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE