# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADAM AUSLOOS, | Case No. 2:22-cv-00372-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT J. BINKELE, et al., | |
| Defendants. | |

Plaintiff Adam Ausloos initiated this action on behalf of himself and Tax Deferral Trustee Services, LLC (TDTS). ECF No. 5.  Magistrate Judge Albregts ordered Ausloos to show cause why TDTS should not be terminated from this action for failing to retain counsel because corporations and other unincorporated associations must appear in court through an attorney. ECF No. 23.  Ausloos responded by explaining that TDTS "is no longer in business and does not have funds to hire an[] attorney." ECF No. 25 at 2.  Ausloos added that he does not dispute terminating TDTS from the action. *Id.*  I therefore terminate TDTS as a plaintiff from this action.[1]

I THEREFORE ORDER the clerk of court to terminate Tax Deferral Trustee Services, LLC as a plaintiff in this action.

DATED this 13th day of July, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] I do not address Ausloos's explanation regarding the court's order denying Ausloos's motion for service by the United States Marshals Service. In his order, Judge Albregts both: (1) denied without prejudice Ausloos's motion for service by the United States Marshals Service filed at ECF No. 7 and (2) ordered Ausloos to show cause regarding whether TDTS would appear through an attorney. ECF No. 23. Judge Albregts did not order Ausloos to show cause regarding his motion for service filed at ECF No. 7. While Ausloos addresses his motion for service in his response to the order to show cause, because Judge Albregts denied Ausloos's motion without prejudice, the proper way for Ausloos to raise his concerns or seek relief regarding his motion for service would be to file a renewed motion.