1  Jennifer K. Hostetler, Bar No. 11994
   JHostetler@lewisroca.com
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV  89169
   Tel:  702.949.8200
4  Fax:  702.949.8398

5  Alan Wolper *(Admitted Pro Hac Vice)*
   awolper@ulmer.com
6  ULMER & BERNE LLP
   500 W. Madison Street, Suite 3600
7  Chicago, Illinois 60661
   Tel: 312-658-6500
8

9  *Attorneys for Petitioners/Respondents Robert Binkele*
   *& Estate Planning Team, Inc.*
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| ADAM AUSLOOS; TAX DEFERRAL TRUSTEE SERVICES, LLC n/k/a TAX DEFERRAL SERVICES, LLC,<br><br>Petitioners,<br><br>v.<br><br>ROBERT J. BINKELE; and ESTATE PLANNING TEAM, INC.,<br><br>Respondents. | Case No.  2:22-cv-00372-APG-DJA<br><br>**MOTION TO WITHDRAW AND REMOVE ATTORNEY JONATHON DANIEL DREWS FROM CM/ECF SERVICE LIST AND COURT DOCKET** |
|---|---|

The undersigned hereby requests that attorney Jonathon Daniel Drews, formerly of the law firm of Ulmer & Berne LLP, be removed from the Court's docket and CM/ECF service lists(s) as Mr. Drews is no longer associated with the law firm of Ulmer & Berne LLP and is no longer counsel for Robert J. Binkele and Estate Planning Team, Inc.

/ / /

/ / /

/ / /

/ / /

120125172.1

1   Robert J. Binkele and Estate Planning Team, Inc. will continue to be represented in this
2   action by Alan Wolper of Ulmer & Berne LLP and Jennifer K. Hostetler of Lewis Roca Rothgerber
3   Christie LLP.

4   DATED this 3rd day of February, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Jennifer K. Hostetler*
     Jennifer K. Hostetler, Bar No. 11994
     JHostetler@lewisroca.com
     3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV  89169
     Tel.: 702.949.8200
     Fax: 702.949.8398

Alan Wolper *(Admitted Pro Hac Vice)*
awolper@ulmer.com
ULMER & BERNE LLP
500 W. Madison Street, Suite 3600
Chicago, Illinois 60661
Tel: 312-658-6500

*Attorneys for Petitioners/Respondents Robert Binkele and Estate Planning Team, Inc.*

**IT IS SO ORDERED**.

DATED: February 6, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023 I caused a true and accurate copy of the foregoing, **MOTION TO WITHDRAW AND REMOVE ATTORNEY JONATHON DANIEL DREWS FROM CM/ECF SERVICE LIST AND COURT DOCKET** to be filed with the Clerk of the Court via the Court's CM/ECF system, which sent an electronic copy of the same to the following counsel of record:

Adam Ausloos
6834 S. Tiernan Court
Franklin, WI 53132
Email : ajausloosl@gmail.com
*Pro Se*

Tax Deferral Trustee Services, LLC
*Pro Se*

Dated this 3rd day of February, 2023.

                                         */s/     Dana K. Provost*
                               An Employee of LEWIS ROCA ROTHGERBER CHRISTIE LLP